RAYMOND J. FULLERTON, ESQ., SBN 219264
MAGDALENA R. MCQUILLA, ESQ., SBN 307578
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876

Attorneys for Defendants
CITY OF ROHNERT PARK,
DAVID SITTIG-WATTSON and SEAN HUOT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WROTH and MARNI WROTH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, SEAN HUOT and DOES 1-25,<br><br>Defendants. | CASE NO.: 17-cv-05339-JST<br><br>**PLAINTIFFS AND DEFENDANTS' STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT; ORDER THEREON** |

Pursuant to Northern District Local Rule 6-1, Plaintiffs and defendants CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, and SEAN HUOT, through their respective counsel, agree and stipulate as follows:

1. Plaintiffs CHRISTOPHER WROTH and MARNI WROTH filed their Complaint on September 14, 2017.

2. In light of conditions in Sonoma County, Plaintiffs and Defendants have agreed to extend the time to answer the Complaint to Wednesday, October 25, 2017.

4. This extension of time does not alter any other dates or events already fixed by the Court.

IT IS SO STIPULATED.

Dated: October 17, 2017          SCOTT LAW FIRM / IZAAK D. SCHWAIGER


                                 By  */s/ Izaak D. Schwaiger*
                                     IZAAK D. SCHWAIGER
                                     Attorneys for Plaintiffs
                                     CHRISTOPHER WROTH and MARNI WROTH


### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: October 17, 2017          GEARY, SHEA, O'DONNELL, GRATTAN &
                                 MITCHELL, P.C.


                                 By  */s/ Raymond J. Fullerton*
                                     RAYMOND J. FULLERTON
                                     Attorneys for Defendants
                                     CITY OF ROHNERT PARK,
                                     DAVID SITTIG-WATTSON and SEAN HUOT


**PURSUANT TO STIPULATION, IT IS SO ORDERED**


Date: October 19, 2017

                                          _____
                                          United States District Court Judge