RAYMOND J. FULLERTON, ESQ., SBN 219264
MAGDALENA R. MCQUILLA, ESQ., SBN 307578
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876

Attorneys for Defendants
CITY OF ROHNERT PARK,
DAVID SITTIG-WATTSON and SEAN HUOT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WROTH and MARNI WROTH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, SEAN HUOT, MATT HUOT, MIKE WERLE, ERIC MATZEN and DOES 1-25,<br><br>Defendants. | CASE NO.: 17-cv-05339-JST<br><br>**PLAINTIFFS' AND DEFENDANTS' STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON** |

Pursuant to Northern District Local Rule 6-1, and the Court's order of December 7, 2018 (Doc. #58), plaintiffs CHRISTOPHER WROTH and MARNI WROTH and defendants CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, and SEAN HUOT, through their respective counsel, agree and stipulate as follows:

1. Plaintiffs CHRISTOPHER WROTH and MARNI WROTH filed their Complaint on September 14, 2017, and filed a First Amended Complaint on June 19, 2018.

2. On November 7, 2018, plaintiffs filed a motion for leave to file a Second Amended Complaint. The motion was granted on December 7, 2018.

3. In its order, the Court granted the motion to amend in part on the grounds that defendants would not suffer undue prejudice because delays in the case schedule would not be

substantial and plaintiffs had agreed to stipulate to reopen fact discovery. (Doc. 58, pp. 4:23-5:5.) The Court directed the parties to meet and confer regarding any proposed amendments to the deadlines contained in the scheduling order and to then submit a joint stipulation for a new schedule containing "all proposed amended deadlines and a plan for additional discovery." (Doc. 58, p.6:5-8.)

4. Pursuant to their meet and confer efforts, the parties hereby stipulate to extend the discovery deadlines as follows:

    A. Defendants will serve additional written discovery by email on or before December 21, 2018. Plaintiffs will respond to that discovery by email on or before January 10, 2019.

    B. Supplemental Expert Designation will be extended to February 11, 2019. Defendants will serve a Rule 26 report on the newly-added issues on that date.

    C. Expert Discovery Cut-Off and the Last Day to File Dispositive Motions will be extended to March 1, 2019.

    D. All other deadlines in the Court's April 19, 2018 Scheduling Order (Doc. 35) remain unchanged.

IT IS SO STIPULATED.

Dated: December 19, 2018    SCOTT LAW FIRM / IZAAK D. SCHWAIGER

By    */s/ Izaak D. Schwaiger*
    IZAAK D. SCHWAIGER
    Attorneys for Plaintiffs
    CHRISTOPHER WROTH and MARNI WROTH

Dated: December 19, 2018    GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By   */s/ Raymond J. Fullerton*
    RAYMOND J. FULLERTON
    Attorneys for Defendants
    CITY OF ROHNERT PARK,
    DAVID SITTIG-WATTSON, SEAN HUOT, MATT

LAW OFFICES OF
Geary,
Shea,
O'Donnell
Grattan &
Mitchell
P.C.

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: December 19, 2018      GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By _/s/ Raymond J. Fullerton_
RAYMOND J. FULLERTON
Attorneys for Defendants
CITY OF ROHNERT PARK,
DAVID SITTIG-WATTSON, SEAN HUOT, MATT HUOT, MIKE WERLE and ERIC MATZEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: December 21, 2018

_____
United States District Court Judge