John Houston Scott (SBN 72578)
Lizbeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Izaak D. Schwaiger (SBN 267888)
130 Petaluma Avenue, Suite 1A
Sebastopol, CA 95472
Tel. (707) 595-4414
Fax: (707) 581-1983
E-mail: izaak@izaakschwaiger.com

Attorneys for Plaintiffs CHRISTOPHER WROTH
AND MARNI WROTH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WROTH and MARNI WROTH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, SEAN HUOT, MATT HUOT, MIKE WERLE, ERIC MATZEN and DOES 1-25,<br><br>Defendants. | Case No. 3:17-cv-05339-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Northern District Local Rule 6-1, Plaintiffs CHRISTOPHER WROTH and MARNI WROTH and Defendants CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, SEAN HUOT, MATT HUOT, MIKE WERLE, ERIC MATZEN, through their respective counsels, agree and stipulate as follows:

1. Defendants' CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, SEAN HUOT, MATT HUOT, MIKE WERLE, ERIC MATZEN filed their motion for summary judgment on March 1, 2019 (Document 65).

2. In light of plaintiffs' attorneys press of business, Plaintiffs and Defendants have agreed to extend the time for Plaintiffs' response to Defendants' motion for summary judgment from March 15, 2019 to March 22, 2019 and Defendants' reply to Plaintiffs' response from March 22, 2019 to March 29, 2019.

3. ~~The parties also hereby stipulate and agree that the hearing on Defendants' motion for summary judgment be moved from April 18, 2019 to April 25, 2019 at 2:00 p.m.~~

                                                       Respectfully submitted

Dated: March 12, 2019                **SCOTT LAW FIRM**

                                                        By: /s/John Houston Scott
                                                           John Houston Scott
                                                           Attorneys for Plaintiff

Dated: March 12, 2019                **LAW OFFICES OF IZAAK D. SCHWAIGER**

                                                        By: /s/Izaak D. Schwaiger
                                                           Izaak D. Schwaiger
                                                           Attorneys for Plaintiff

Dated: March 12, 2019                **GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.**

                                                        By: /s/Raymond J. Fullerton
                                                           Raymond J. Fullerton
                                                           Attorneys for Defendants

## ELECTRONIC CASE FILING ATTESTATION

I John Houston Scott, am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: March 12, 2019

Respectfully submitted,

**SCOTT LAW FIRM**

By: /s/John Houston Scott
John Houston Scott
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED that Plaintiffs' response to Defendants' motion for summary judgment from March 15, 2019 to March 22, 2019 and Defendants' reply to Plaintiffs' response from March 22, 2019 to March 29, 2019.

~~That the hearing on Defendants' motion for summary judgment be moved from April 18, 2019 to April 25, 2019 at 2:00 p.m.~~

Date: March 14, 2019

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE