| | |
|---|---|
| 1 | John Houston Scott (SBN 72578)<br>Lizbeth N. de Vries (SBN 227215)<br>**SCOTT LAW FIRM**<br>1388 Sutter Street, Suite 715<br>San Francisco, CA 94109<br>Tel: (415) 561-9601<br>Fax: (415) 561-9609<br>john@scottlawfirm.net<br>liza@scottlawfirm.net |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Izaak D. Schwaiger (SBN 267888)<br>130 Petaluma Avenue, Suite 1A<br>Sebastopol, CA 95472<br>Tel. (707) 595-4414<br>Fax: (707) 581-1983<br>E-mail: izaak@izaakschwaiger.com |
| 8 | |
| 9 | |
| 10 | Attorneys for Plaintiffs CHRISTOPHER WROTH AND MARNI WROTH |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WROTH and MARNI WROTH,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, SEAN HUOT, MATT HUOT, MIKE WERLE, ERIC MATZEN and DOES 1-25,<br><br>    Defendants. | Case No. 3:17-cv-05339-JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CHANGE PRETRIAL CONFERENCE HEARING DATE** |

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

Pursuant to Northern District Local Rule 6-1, Plaintiffs CHRISTOPHER WROTH and MARNI WROTH and Defendants CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, SEAN HUOT, MATT HUOT, MIKE WERLE, ERIC MATZEN, through their respective counsels, agree and stipulate as follows:

1. The parties hereby stipulate and agree that the Pretrial Conference hearing be moved from May 10, 2019 to May 24, 2019 at 2:00 p.m.

2. The parties submit this stipulation and request for the following reasons:

   a. Counsel for defendants has trial call scheduled for May 10, 2019 in Sonoma County Superior Court case number SCV-261504. This scheduled date is the second phase of a bifurcated trial. If the trial commences as scheduled, counsel anticipates that it will last through the week of May 13, 2019.

   b. The parties wish to avoid the unnecessary expenditure of time of resources to prepare for the pretrial conference during the time the court's order on summary judgment may still be pending.

Respectfully submitted

Dated: April 17, 2019    **SCOTT LAW FIRM**

By: /s/John Houston Scott_____
    John Houston Scott
    Attorneys for Plaintiff

Dated: April 17, 2019    **LAW OFFICES OF IZAAK D. SCHWAIGER**

By: /s/Izaak D. Schwaiger _____
    Izaak D. Schwaiger
    Attorneys for Plaintiff

Dated: April 17, 2019  **GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.**

By: /s/Raymond J. Fullerton
    Raymond J. Fullerton
    Attorneys for Defendants

**ELECTRONIC CASE FILING ATTESTATION**

I John Houston Scott, am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: April 17, 2019  Respectfully submitted,

**SCOTT LAW FIRM**

By: /s/John Houston Scott
    John Houston Scott
    Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED that the Pretrial Conference hearing be moved from May 10, 2019 to May 24, 2019 at 2:00 p.m.

Date: April 22, 2019

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE