UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WROTH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>        Defendants. | Case No. 17-cv-05339-JST<br><br>**VERDICT FORM** |

We, the jury in the above-titled cause, answer the questions submitted to us as follows:

<u>SECTION 1983 CLAIM BASED ON RATIFICATION</u>

1. Were David Sittig-Watson, Sean Huot, Matt Huot, Mike Werle, and/or Eric Matzen deliberately indifferent to the rights of Christopher and Marni Wroth?

    Yes __✓__   No _____

    If you answered "Yes" to Question 1, then answer Question 2. If you answered "No," then proceed to answer Question 4.

2. Was the deliberate indifference of David Sittig-Watson, Sean Huot, Matt Huot, Mike Werle, and/or Eric Matzen the moving force behind the death of Branch Wroth?

    Yes _____   No __✓__

    If you answered "Yes" to Question 2, then answer Question 3. If you answered "No," then proceed to answer Question 4.

3. Did a final decision maker for the City of Rohnert Park ratify the conduct of David Sittig-Watson, Sean Huot, Matt Huot, Mike Werle, and/or Eric Matzen and the basis for it?

    Yes _____   No _____

1

Answer Question 4.

## SECTION 1983 CLAIM BASED ON A POLICY OF A FAILURE TO TRAIN

4. Did the City of Rohnert Park fail to provide adequate training to David Sittig-Wattson, Sean Huot, Matt Huot, Mike Werle, and/or Eric Matzen?

   Yes ✓    No _____

   If you answered "Yes" to Question 4, then answer Question 5. If you answered "No," then proceed to answer Question 8.

5. Were the training policies of the City of Rohnert Park inadequate to train its police officers to handle the usual and recurring situations with which they must deal?

   Yes ✓    No _____

   If you answered "Yes" to Question 5, then answer Question 6. If you answered "No," then proceed to answer Question 8.

6. Was the City of Rohnert Park deliberately indifferent to the known or obvious consequences of its failure to train its police officers adequately?

   Yes ✓    No _____

   If you answered "Yes" to Question 6, then answer Question 7. If you answered "No," then proceed to answer Question 8.

7. Was the failure of the City of Rohnert Park to provide adequate training the moving force behind the death of Branch Wroth?

   Yes ✓    No _____

   Answer Question 8.

8. If you answered "Yes" to either Question 3 or Question 7, please proceed to answer Question 9. Otherwise, stop here, answer no further questions, and have the presiding juror sign and date this form.

///

///

///

DAMAGES

9. What are the damages, if any, suffered by Christopher and Marni Wroth for the loss of Branch Wroth's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Christopher Wroth    $ 2,000,000.00

Marni Wroth          $ 2,000,000.00

Dated: 6/20/19                              _Janette Thusman_
                                              Presiding Juror

After this verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

3