UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WROTH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-05339-JST<br><br>**CLERK'S JUDGMENT**<br><br>Re: Dkt. No. 158 |

A jury trial having been commenced on June 3, 2019, and the jury having rendered its verdict on June 20, 2019,

**IT IS SO ORDERED AND ADJUDGED** that, consistent with the jury's verdict (Docket 158), judgment is entered in favor of Plaintiffs, Christopher Wroth, and Marni Wroth, and against Defendants, City of Rohnert Park, David Sittig-Wattson, Sean Huot, Matt Huot, Mike Werle, Eric Matzen, and County of Sonoma Sheriff's Department.

Dated: July 16, 2019

　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR