UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WROTH, et al., <br> Plaintiffs, <br> v. <br> CITY OF ROHNERT PARK, et al., <br> Defendants. | Case No. 17-cv-05339-JST <br><br> **JUDGMENT** <br><br> Re: Dkt. No. 158 |

A jury trial having been commenced on June 3, 2019, and the jury having rendered its verdict on June 20, 2019,

**IT IS SO ORDERED AND ADJUDGED** that, consistent with the jury's verdict (Docket 158), judgment is entered in favor of Plaintiffs Christopher Wroth and Marni Wroth against Defendants, City of Rohnert Park. Consistent with the Court's order granting in part summary judgment (Docket 78), judgment is entered in favor of Defendants David Sittig-Wattson, Sean Huot, Matt Huot, Mike Werle, and Eric Matzen.

Dated: July 18, 2019

JON S. TIGAR
United States District Judge