| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | BILL OF COSTS<br>*Please follow the instructions on page 3 when completing this form.* | | COURT USE ONLY<br>OBJECTION DEADLINE: 8/9/2019<br>OBJECTION FILED: YES ☐   No X |
|---|---|---|---|
| 1. CASE NAME<br>*Christopher and Marni Wroth v. City of Rohnert Park* | 2. CASE NUMBER<br>17-cv-05339-JST | 3. DATE JUDGMENT ENTERED<br>July 16, 2019 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>Defendant City of Rohnert Park |
| 5. NAME OF CLAIMING PARTY<br>Christopher Wroth and Marni Wroth | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>John Houston Scott | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE<br>(415) 561-9601; john@scottlawfirm.net |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                                 (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | 400.00 | Declaration of John H. Scott, Exhibit 2, CAND CM ECF Receipt re: e-filing of Summons & Complaint on September 14, 2017 | $400.00 | | |
| Service of Process, Civil LR 54-3(a)(2) | 25.43 | Declaration of John H. Scott, Exhibit 3, Summons & Complaint Packets sent via Federal Express to Izaak D. Schwaiger's office to do service. This is in lieu of using a Process Server. | $25.43 | | |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | 1265.40 | Declaration of John H. Scott, Exhibit 4, Trial Transcripts for June 4, 5, 6, 13, 2019. | | $1265.40 | No appeal has been filed to date. |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | 1509.75 | Declaration of John H. Scott, Exhibit 5 Deposition transcript of Sean Huot taken August 6, 2018<br>Invoice from Veritext Legal Solutions | $1,329.75 | $180.00 | FOR ALL: Disallowed amount is outside the ambit of Civil Local Rule 54-3. |
| | 1641.45 | Declaration of John H. Scott, Exhibit 6 Deposition transcript of David Sittig-Wattson taken August 8, 2018<br>Invoice from Veritext Legal Solutions | $1,441.45 | $200.00 | |
| | 1206.00 | Declaration of John H. Scott, Exhibit 7 Deposition transcript of Mike Werle taken August 10, 2018<br>Invoice from Veritext Legal Solutions | $1,106.00 | $100.00 | |

| | | | | | |
|---|---|---|---|---|---|
| | 1125.50 | Declaration of John H. Scott, Exhibit 8<br>Deposition transcript of Matthew Huot taken August 13, 2018<br>Invoice from Veritext Legal Solutions | $1,025.50 | $100.00 | |
| | 5706.20 | Declaration of Izaak D. Schwaiger, Exhibit 1<br>Deposition transcripts of Eric Matzen, Brian Masterson, Jeff Taylor, Michael Bates, Christopher Wroth, Marni Wroth, David Letasi, Brian Morrow, Esa Wroth, Adam Dyck, Richard Ehle, and A. Jay Chapman<br>Invoices from Veritext Legal Solutions and Simson Reporting | $5,311.20 | $395.00 | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | 814.08 | Declaration of John H. Scott, Exhibit 9<br>Duplication of Trial Exhibits done on May 23, 2019<br>Invoice from United Litigation Discovery | $719.68 | $94.40 | Disallowed amount is outside the ambit of Civil Local Rule 54-3. |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |

| TOTAL AMOUNT | $ 13,693.81 | | $11,359.01 | $2,334.80 | |
|---|---|---|---|---|---|

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party:**

SIGNATURE: /s/John Houston Scott          DATE: July 26, 2019

11. Costs are taxed in the amount of **$11,359.01**    and included in the judgment.

Susan Y. Soong
Clerk of Court
BY: M. fozuohi                , Deputy Clerk          DATE: 8/15/2019

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $ 0.00 |