RAYMOND J. FULLERTON, ESQ., SBN 219264
MAGDALENA R. MCQUILLA, ESQ., SBN 307578
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California   95404
Telephone:  (707) 545-1660
Facsimile:   (707) 545-1876

Attorneys for Defendant
CITY OF ROHNERT PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WROTH and MARNI WROTH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, SEAN HUOT, MATT HUOT, MIKE WERLE, ERIC MATZEN and DOES 1-25,<br><br>Defendants. | CASE NO.: 17-cv-05339-JST<br><br>**ADMINISTRATIVE MOTION TO SET FILING DATE FOR MOTION FOR SUMMARY JUDGMENT PER STIPULATION; ~~PROPOSED~~ ORDER**<br><br>Hon. Jon S. Tigar<br>Oakland, 2nd Floor, CR6<br>Trial Date:  November 30, 2020 |

At the January 2020 Case Management Conference, the Court granted leave for defendant City of Rohnert Park to file a motion for summary judgment.  While the Court's Minute Order does not specify a deadline for filing the motion, counsel for the City advised the Court at the conference that the motion would be filed within 60 days.

Following the Case Management Conference, counsel for the respective parties engaged in meet-and-confer discussions regarding plaintiffs' desire to file a third amended complaint.  The parties reached agreement on some aspects of the amendment, but were unable to come to agreement regarding plaintiffs' proposed changes to the training cause of action.  Plaintiffs filed a Motion for Leave to File a Third Amended Complaint on February 27, 2020.  (Dkt #214)

Because the plaintiffs' proposed amendment could alter the legal and factual argument on the motion summary judgment, the City cannot file its motion for summary judgment until the pleadings are settled.  The City submits this administrative motion and requests that the due date for the City's motion for summary judgment be fixed at 20 days after the court issues a ruling on the pending motion to amend.

Counsel for plaintiffs agree and stipulate to this requested relief.

Dated:  March 9, 2020            GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


By  */s/  Raymond J. Fullerton*
    RAYMOND J. FULLERTON
    Attorneys for Defendant
    CITY OF ROHNERT PARK

Dated:  March 9, 2020            SCHWAIGER LAW FIRM


By  */s/ Izaak D. Schwaiger*
    IZAAK D. SCHWAIGER
    Attorneys for Plaintiffs CHRISTOPHER WROTH
    and MARNI WROTH

### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Raymond J. Fullerton, am the ECF user whose identification and password are being used to file the foregoing document.  Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of its signatories.

By  */s/  Raymond J. Fullerton*
    RAYMOND J. FULLERTON
    Attorneys for Defendant
    CITY OF ROHNERT PARK

ORDER

Based on the parties' stipulation and good cause appearing, the court orders as follows:

The City of Rohnert Park's motion for summary judgment will be due ~~20 days after the court's ruling on plaintiffs' pending motion to amend (Dkt #214).~~  May 27, 2020.

SO ORDERED.

March 11, 2020

_____
Hon. Jon S. Tigar, United States District Court Judge

LAW OFFICES OF
GEARY, SHEA, O'DONNELL GRATTAN & MITCHELL P.C.

- 3 -
Administrative Motion to Set Filing Date for Motion for Summary Judgment per Stipulation