1   RAYMOND J. FULLERTON, ESQ., SBN 219264
    MAGDALENA R. MCQUILLA, ESQ., SBN 307578
2   GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
    90 South E Street, Suite 300
3   Santa Rosa, California   95404
    Telephone:  (707) 545-1660
4   Facsimile:   (707) 545-1876

5   Attorneys for Defendants
    CITY OF ROHNERT PARK

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER WROTH and MARNI          CASE NO.:  17-cv-05339-JST
    WROTH,
12                                       **[PROPOSED] ORDER ON DEFENDANT
              Plaintiffs,                CITY OF ROHNERT PARK'S SECOND
13                                       MOTION FOR SUMMARY JUDGMENT**
              v.
14                                       Date:   September 2, 2020
    CITY OF ROHNERT PARK, DAVID SITTIG-  Time:  2:00 p.m.
15  WATTSON, SEAN HUOT, MATT HUOT,       Hon. Jon S. Tigar
    MIKE WERLE, ERIC MATZEN and DOES 1-  Courtroom 6, 2nd Floor, Oakland
16  25,                                  Trial Date:  November 30, 2020

              Defendants.
17

18         The second motion for summary judgment by Defendant City of Rohnert Park under Rule

19  56 came before the Court at the above-referenced time and date.  Following consideration of the

20  papers, the evidence, and applicable law, the Defendant's motion for summary judgment is hereby

21  GRANTED.  Defendant City of Rohnert Park is entitled to summary judgment on plaintiffs' only

22  remaining claim, for inadequate training.  The Clerk is directed to enter judgment in favor of

23  Defendant City of Rohnert Park forthwith.

24

25         IT IS SO ORDERED.

26  Date:_____

27                                       _____
                                                    JON S. TIGAR
28                                       United States District Judge

LAW OFFICES OF
**Geary,
Shea,
O'donnell
Grattan &
Mitchell
P.C.**