John Houston Scott (SBN 72578)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel:  (415) 561-9601
Fax:  (415) 561-9609
john@scottlawfirm.net

Izaak D. Schwaiger (SBN 267888)
130 Petaluma Avenue, Suite 1A
Sebastopol, CA  95472
Tel. (707) 595-4414
Fax: (707) 581-1983
E-mail: izaak@izaakschwaiger.com

Attorneys for Plaintiffs CHRISTOPHER WROTH AND MARNI WROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WROTH and MARNI WROTH,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, SEAN HUOT, MATT HUOT, MIKE WERLE, ERIC MATZEN and DOES 1-25,<br><br>  Defendants. | Case No. 4:17-cv-05339-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE BRIEFING SCHEDULE ON DEFENDANT ROHNERT PARK'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Northern District Local Rule 6-1, Plaintiffs CHRISTOPHER WROTH and MARNI WROTH and Defendant CITY OF ROHNERT PARK, through their respective counsels, agree and stipulate as follows:

1. Defendant CITY OF ROHNERT PARK filed its motion for summary judgment on July 27, 2020 (Document 225).

2. The current deadline to file Plaintiffs' Opposition brief is August 10, 2020, and the current deadline to file Defendant's Reply brief is August 17, 2020.

3. Plaintiffs and Defendant hereby agree and stipulate to extend the deadline to file Plaintiffs' Opposition to August 17, 2020, and Defendant's Reply to August 24, 2020.

4. The parties further stipulate that the scheduled hearing date remain on September 2, 2020, or such other date as the court deems appropriate.

Respectfully submitted,

Dated: August 6, 2020      **SCOTT LAW FIRM**

By: /s/John Houston Scott
John Houston Scott
Attorney for Plaintiffs

Dated: August 6, 2020      **SCHWAIGER LAW FIRM**

By: /s/Izaak D. Schwaiger
Izaak D. Schwaiger
Attorney for Plaintiffs

Dated: August 6, 2020      **GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.**

By: /s/Raymond J. Fullerton
Raymond J. Fullerton
Attorney for Defendant

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

## ELECTRONIC CASE FILING ATTESTATION

I John Houston Scott, am the ECF user whose identification and password are being used to file the foregoing document.  Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: August 6, 2020                                      Respectfully submitted,

**SCOTT LAW FIRM**

By:  /s/John Houston Scott
John Houston Scott
Attorney for Plaintiffs

## ORDER

IT IS SO ORDERED that Plaintiffs' time to file its Opposition to Defendant Rohnert Park's motion for summary judgment be extended from August 10, 2020 to <u>August 17, 2020</u> and that Defendant's time to file its Reply to Plaintiffs' Opposition be extended from August 17, 2020 to <u>August 24, 2020</u>.

The <u>September 2, 2020 at 2:00 p.m.</u> hearing on Defendant Rohnert Park's motion for summary judgment shall remain the same.

Date: _____                   _____
                                                                THE HONORABLE JON S. TIGAR
                                                                UNITED STATES DISTRICT COURT JUDGE