UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WROTH, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>   Defendants. | Case No. 17-cv-05339-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 233 |

  Magistrate Judge Laurel Beeler has issued a minute entry indicating that the parties in this case reached a settlement at a settlement conference on August 17, 2020. ECF No. 233. By November 2, 2020, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

  The Court also hereby sets a case management conference on November 17, 2020. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

  Any continuance of the deadlines set in this order requires a showing of good cause.

  All other deadlines and hearings are vacated.

  **IT IS SO ORDERED**.

Dated: August 18, 2020

                     _____
                      JON S. TIGAR
                     United States District Judge