Izaak D. Schwaiger, SBN 267888
**SCHWAIGER LAW FIRM**
130 Petaluma Avenue, Suite 1A
Sebastopol, CA 95472
Tel. (707) 595-4414
Facsimile: (707) 581-1983
E-mail: izaak@izaakschwaiger.com

John H. Scott, SBN 72578
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile: (415) 561-9609
E-mail: john@scottlawfirm.net

Attorneys for Plaintiffs CHRISTOPHER WROTH AND MARNI WROTH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CHRISTOPHER WROTH and MARNI WROTH,

Plaintiffs,

v.

CITY OF ROHNERT PARK, DAVID SITTIG-WATTSON, SEAN HUOT, MATT HUOT, MIKE WERLE, ERIC MATZEN and DOES 1-25,

Defendant.

Case No. 4:17-cv-05339-JST

**STIPULATION AND (~~PROPOSED~~) ORDER TO DISMISS CASE WITH PREJUDICE**

Hon. Jon S. Tigar
Oakland, 2nd Floor, CR6
Trial Date: November 30, 2020

Pursuant to the parties' settlement and FRCP 41(a)(1), the parties stipulate that this action shall be dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: October 27, 2020

SCHWAIGER LAW FIRM

By *_/s/ Izaak D. Schwaiger_*
IZAAK D. SCHWAIGER
Attorneys for Plaintiffs CHRISTOPHER WROTH and MARNI WROTH

Dated: October 27, 2020

GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By *_/s/ Raymond J. Fullerton_*
RAYMOND J. FULLERTON
Attorneys for Defendants
CITY OF ROHNERT PARK

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: October 27, 2020

**SCHWAIGER LAW FIRM**

By *_Izaak D. Schwaiger_*
IZAAK D. SCHWAIGER
Attorneys for Plaintiffs CHRISTOPHER WROTH and MARNI WROTH

**ORDER**

Pursuant to the Stipulation of the parties and for good cause shown, IT IS SO ORDERED, that all claims are hereby dismissed against Defendant City of Rohnert Park in its entirety, with prejudice.

Dated: October 27, 2020

HONORABLE JON S. TIGAR
United States District Court Judge